IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rebecca J. Karshner,

        Plaintiff,

v.                             Case No. 2:08-cv-526
                                   Judge Michael H. Watson

Michael J. Astrue, Commissioner
of Social Security,

        Defendant.

## ORDER

On January 8, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be reversed and that this action be remanded for further proceedings. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner of Social Security is hereby **REVERSED** and this action is **REMANDED** for further proceedings.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                         Michael H. Watson, Judge
                                         United States District Court